FILED
HARRISBURG
2017 NOV 15 AM 7:22
CLERK
U.S. BANKRUPTCY COURT

Charles Henry Evans
Jodie Ann Evans

CASE # 4:17-bk-03131-JJT

I am filing an objection to the referenced matter
Motion For Stay Of Relief.
Issued By Morton &Craig LLC
110 Marter Ave , Suite 301
Moorestown, NJ 08057

I Will Attend The Hearing On 1/26/2018 10:AM

U.S Bankruptcy Court
Williamsport PA

Charles Henry Evans

_____  11/7/2017

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Chapter: 13

**CHARLES HENRY EVANS**
**JODIE ANN EVANS**
**Debtor(s)**

Case number: 4:17-bk-03131-JJT

**AMERICREDIT FINANCIAL SERVICES, INC.**
**dba GM FINANCIAL**
**Movant(s)**

Matter: Motion For Stay Relief

vs.

**CHARLES HENRY EVANS**
**JODIE ANN EVANS**
**Respondent(s)**

## Notice

Notice is hereby given that:

The debtor(s) filed a Chapter 13 Bankruptcy Petition on July 31, 2017.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court**<br>**US Courthouse & Federal Building**<br>**240 West Third Street**<br>**Williamsport, PA 17701** | Date: 1/26/2018<br><br>Time: 10:00 AM |

Any objection/response to the above referenced matter must be filed and served on or before **November 16, 2017**.

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

Date: 11/2/17

William D. Craig, Esq.
Morton & Craig LLC
110 Marter Ave., Suite 301
Moorestown, NJ 08057
(856) 866-0100