UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHARLES HENRY EVANS and : CHAPTER 13
JODIE ANN EVANS :
    Debtor(s) :
 :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
    Movant :
 :
    vs. :
 :
CHARLES HENRY EVANS and :
JODIE ANN EVANS :
    Respondent(s) : CASE NO. 4-17-bk-03131

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
CHAPTER 13 PLAN

    AND NOW, this 24th of January, 2018, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about September 19, 2017 be withdrawn, as all issues have been resolved.

    Respectfully submitted:

    /s/Charles J. DeHart, III
    Standing Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    (717) 566-6097

CERTIFICATE OF SERVICE

    AND NOW, this 24th day of January, 2018, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Charles and Jodie Evans
12 South Maple Street
Mount Carmel, PA   17851

    /s/Deborah A. Behney
    Office of Charles J. DeHart, III
    Standing Chapter 13 Trustee