In re:
Charles Henry Evans
Jodie Ann Evans
     Debtors

Case No. 17-03131-JJT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-4      User: PRadginsk      Page 1 of 1      Date Rcvd: Jan 29, 2018
                          Form ID: ortext      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2018.
db/jdb         +Charles Henry Evans,    Jodie Ann Evans,    12 South Maple Street,    Mount Carmel, PA 17851-2053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2018                               Signature:  _/s/Joseph Speetjens_

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2018 at the address(es) listed below:
         Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
         James  Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
          bkgroup@kmllawgroup.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
         William E. Craig    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial
          ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                  TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Charles Henry Evans                                    Chapter: 13
Jodie Ann Evans
**Debtor(s)**                                          Case number: 4:17−bk−03131−JJT


# ORDER

Proceeding Memo re: Hearing held, record made. Appearances: Charles Evans − present, William Craig, Esq. via CourtCall. Order continuing hearing to 3/32/18 @ 10:00 AM − 240 W 3rd St, 3rd Fl, Crtrm 3, Williamsport, PA. . IT IS SO ORDERED on 1/26/2018. /s/John J. Thomas (RE: related document(s)25, 26). (Radginski, Pamela)