CHARLES EVANS  CASE # 4-17-03131   11/13/2019
12 SOUTH MAPLE ST
MOUNT CARMEL PA
17851

I NEED TO RESCHEDULE CASE HEARING ON DECEMBER 13 2019 TO JANUARY OR FEBRUARY 2020.

I HAVE AN IMPORTANT APPOINTMENT THAT DAY ON DECEMBER 13 2019 with MY CARDIOLOGY DOCTOR AND SURGEON, I AM HAVING HEART SURGERY IN JANUARY 2020, AND NEED TO Keep This APPOINTMENT. THANK YOU very much  CHARLES H. EVANS

*Chas H Evans*

FILED HARRISBURG, PA 2019 NOV 14 PM 12:24 U.S. BANKRUPTCY COURT

Case 4:17-bk-03131-RNO    Doc 47    Filed 11/14/19    Entered 11/14/19 14:01:54    Desc
Main Document    Page 1 of 1