IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) <br> CHARLES HENRY EVANS ) <br> JODIE ANN EVANS ) <br> **Debtor(s)** ) <br> ) <br> AMERICREDIT FINANCIAL SERVICES, INC. ) <br> dba GM FINANCIAL ) <br> **Movant** ) <br> ) <br> v. ) <br> ) <br> CHARLES HENRY EVANS ) <br> JODIE ANN EVANS ) <br> **Respondent(s)** ) <br> ) <br> CHARLES J. DEHART, III ) <br> **Trustee** ) | Case No.: 4:17-03131 (RNO) <br><br> Chapter 13 <br><br> Docket No. <br><br> 11 U.S.C. 362 |

### CERTIFICATE OF CONCURRENCE

    I, William E. Craig, Esquire, attorney for AmeriCredit Financial Services, Inc. dba GM Financial hereby certify that concur in the Debtors' Motion to continue the hearing currently scheduled for December 13, 2019.

                        Morton & Craig LLC

                        /s/ William E. Craig
                        William E. Craig, Esquire
                        Attorney I.D. No. 92329
                        110 Marter Avenue, Suite 301
                        Moorestown, NJ 08057
                        (856) 866-0100
                        Attorney for Movant

Dated: 11/21/19