```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                               Case No. 17-03131-RNO
Charles Henry Evans                                                  Chapter 13
Jodie Ann Evans
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-4        User: PamelaRad            Page 1 of 1           Date Rcvd: Nov 26, 2019
                            Form ID: pdf010            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2019.
db/jdb         +Charles Henry Evans,   Jodie Ann Evans,   12 South Maple Street,   Mount Carmel, PA 17851-2053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2019 at the address(es) listed below:
              Brian C Nicholas    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial
               ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
                                                                                             TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| CHARLES HENRY EVANS<br>**Debtor 1**<br>JODIE ANN EVANS<br>**Debtor 2**<br>AMERICREDIT FINANCIAL SERVICES, INC. dba GM FINANCIAL<br>**Movant(s)**<br>vs.<br>CHARLES HENRY EVANS<br>JODIE ANN EVANS<br>CHARLES J. DEHART, III, TRUSTEE<br>**Respondent(s)** | Chapter: 13<br>Case No.: 4-17-bk-03131 RNO<br>Document No.: 47<br>Nature of Proceeding: Motion to Continue Hearing |

## ORDER

After due consideration of the Debtors' Motion to Continue Hearing filed to Docket No. 47, and the Certificate of Concurrence filed by Americredit Financial Services, Inc. to Docket No. 48, it is

ORDERED that the Motion is GRANTED and hearing on the Motion for Relief from Automatic Stay is continued to **February 21, 2020**, at **10:00 a.m.**, in Herman T. Schneebeli Federal Building & U.S. Courthouse, 240 West Third Street, Third Floor, Courtroom No. 3, Williamsport, Pennsylvania; and,

FURTHER ORDERED that the automatic stay shall remain in full force and effect until the conclusion of the hearing or upon further order of this Court.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

November 25, 2019

Order – Blank with Parties - Revised 04/18