```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 17-03131-RNO
Charles Henry Evans                                             Chapter 13
Jodie Ann Evans
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4          User: AutoDocke          Page 1 of 1          Date Rcvd: Feb 21, 2020
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2020.
db/jdb         +Charles Henry Evans,   Jodie Ann Evans,   12 South Maple Street,   Mount Carmel, PA 17851-2053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2020 at the address(es) listed below:
              Brian C Nicholas    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM Financial
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAMSPORT DIVISION

| | |
|---|---|
| IN RE:<br>CHARLES HENRY EVANS<br>JODIE ANN EVANS<br>    **Debtor(s)**<br><br>AMERICREDIT FINANCIAL SERVICES, INC.<br>dba GM FINANCIAL<br>    **Movant**<br><br>v.<br><br>CHARLES HENRY EVANS<br>JODIE ANN EVANS<br>    **Respondent(s)**<br><br>CHARLES J. DEHART, III<br>    **Trustee** | Case No.: 4:17-03131 (RNO)<br><br>Chapter 13<br><br>Docket No.<br><br>11 U.S.C. 362 |

## ORDER

Upon consideration of the Motion of AmeriCredit Financial Services, Inc. dba GM Financial, under Bankruptcy Code §362(d) for Relief from the Automatic Stay as to certain personal property, after hearing held on February 21, 2020, it is

**ORDERED** that the Motion is GRANTED and the automatic stay of the Bankruptcy Code §362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described as a **2011 Chevrolet Traverse** bearing vehicle identification number 1GNKVGED7BJ180886 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

The Court's findings and conclusions were stated on the record in open court pursuant to F.R.B.P. 7052.

Dated: February 21, 2020

By the Court,

*Robert N. Opel II*

Robert N. Opel, II, Bankruptcy Judge   <sup>BI</sup>