FILED
Harrisburg, PA

NOV 18 2020

Clerk
US Bankruptcy Court

Certificate Number: 06531-PAM-DE-035080908

Bankruptcy Case Number: 17-03131

06531-PAM-DE-035080908

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 12, 2020</u>, at <u>2:40</u> o'clock <u>PM CST</u>, <u>Charles H Evans</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>November 12, 2020</u>    By: <u>/s/Connie Krosch</u>

Name: <u>Connie Krosch</u>

Title: <u>Certified Credit Counselor</u>

FILED
Harrisburg, PA

NOV 18 2020

Clerk,
US Bankruptcy Court

Certificate Number: 06531-PAM-DE-035080907

Bankruptcy Case Number: 17-03131

06531-PAM-DE-035080907

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 12, 2020, at 2:40 o'clock PM CST, Jodie A Evans completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 12, 2020        By:    /s/Connie Krosch

                               Name:  Connie Krosch

                               Title: Certified Credit Counselor