## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

| | |
|---|---|
| CHARLES HENRY EVANS | Case No.: 4-17-03131-RNO |
| JODIE ANN EVANS | Chapter 13 |
| Debtor(s) | |

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**      **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | BRANCH BANKING & TRUST |
| Court Claim Number: | 01 |
| Last Four of Loan Number: | 12 S Maple - PRE-ARREARS - 0758 |
| Property Address if applicable: | 12 SOUTH MAPLE STREET, , MOUNT CARMEL, PA17851 |

**PART 2:**      **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $188.00 |
| b. | Prepetition arrearages paid by the Trustee: | $188.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $188.00 |

**PART 3:**      **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**      **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: December 21, 2020                    Respectfully submitted,

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  dehartstaff@pamd13trustee.com

Creditor Name: BRANCH BANKING & TRUST
Court Claim Number: 01

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 1180974 | 03/08/2018 | $52.00 | $0.00 | $52.00 |
| 5200 | 1185364 | 05/15/2018 | $17.32 | $0.00 | $17.32 |
| 5200 | 1188091 | 07/12/2018 | $17.32 | $0.00 | $17.32 |
| 5200 | 1190855 | 09/06/2018 | $17.32 | $0.00 | $17.32 |
| 5200 | 1193539 | 11/08/2018 | $17.28 | $0.00 | $17.28 |
| 5200 | 1196343 | 01/10/2019 | $17.24 | $0.00 | $17.24 |
| 5200 | 1200038 | 04/11/2019 | $25.88 | $0.00 | $25.88 |
| 5200 | 1202717 | 06/06/2019 | $17.24 | $0.00 | $17.24 |
| 5200 | 1204061 | 07/11/2019 | $6.40 | $0.00 | $6.40 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

CHARLES HENRY EVANS   Case No.: 4-17-03131-RNO
JODIE ANN EVANS   Chapter 13
      Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 21, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

PRO SE   SERVED ELECTRONICALLY
 ,   -

BB&T   SERVED BY 1ST CLASS MAIL
BANKRUPTCY SECTION
PO BOX 1847, 100-50-01-51
WILSON, NC,  27894

CHARLES HENRY EVANS   SERVED BY 1ST CLASS MAIL
JODIE ANN EVANS
12 SOUTH MAPLE STREET
MOUNT CARMEL, PA  17851

I certify under penalty of perjury that the foregoing is true and correct.

Date: December 21, 2020   s/   Donna Schott
   Charles J. DeHart, III, Trustee
   Standing Chapter 13 Trustee
   Suite A, 8125 Adams Drive
   Hummelstown, PA  17036
   Phone:  (717) 566-6097
   Fax:  (717) 566-8313
   eMail:  dehartstaff@pamd13trustee.com