**Fill in this information to identify the case:**

Debtor 1: Charles Henry Evans

Debtor 2: Jodie Ann Evans
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA (State)

Case number: 4:17-bk-03131-RNO

---

# Form 4100R
## Response to Notice of Final Cure Payment
10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** Branch Banking andTrust Company now Truist

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 0 7 5 8

**Property address:** 12 S. Maple Street
Number   Street

Mount Carmel    PA    17851
City    State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:  (a) $ 678.80

b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b) $ _____

c. **Total**. Add lines a and b.  (c) $ 678.80

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 02/17/2020
MM / DD / YYYY

Form 4100R                **Response to Notice of Final Cure Payment**                page **1**

Case 4:17-bk-03131-RNO    Doc 60    Filed 01/07/21    Entered 01/07/21 16:46:30    Desc
Main Document    Page 1 of 4

| | Charles Henry Evans | | | 4:17-bk-03131-RNO |
|---|---|---|---|---|
| Debtor 1 | First Name | Middle Name | Last Name | Case number (*if known*) |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☒ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ /s/ M. Joy Melton          Date 01/07/2021
Signature

Print: M. Joy Melton          Title: Assistant Vice President
       First Name  Middle Name  Last Name

Company: Branch Banking and Trust Company

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: PO Box 1847
         Number    Street

Wilson          NC        27894
City            State     ZIP Code

Contact phone (866) 813 – 1624          Email bankruptcy@bbandt.com

Form 4100R                **Response to Notice of Final Cure Payment**                page **2**

Case 4:17-bk-03131-RNO    Doc 60    Filed 01/07/21    Entered 01/07/21 16:46:30    Desc
Main Document    Page 2 of 4

# CERTIFICATE OF SERVICE

Western District of Pennsylvania

I, M. Joy Melton, of Branch Banking & Trust Company, PO Box 1847, Wilson, NC 27894, do hereby certify:

That I am more than eighteen (18) years of age and:

That on the 7th day of January, 2021, I served a copy of the within "RESPONSE TO NOTICE OF FINAL CURE" by United States Mail and/or electronic filing addressed to the said respondent(s) at:

Charles Henry Evans
Jodie Ann Evans
12 South Maple Street
Mount Carmel, PA 17851


Charles J DeHart, III
Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036


I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on 01/07/2021      By: /s/ M. Joy Melton
         (date)                  (signature)

| Dates | |
|---|---|
| Current Principal Due | 01/17/2021 |
| Past Principal Due | 02/17/2020 |
| Current Interest Due | 00/00/0000 |
| Past Interest Due | 00/00/0000 |
| Next Payment Due | 02/17/2020 |
| Last Activity | 04/27/2020 |
| Last Monetary Transaction | 07/18/2019 |
| Last Principal Transaction | 07/17/2019 |
| Last Statement | 12/23/2020 |

| Amounts | |
|---|---|
| Current Principal Payment | $2.53 |
| Current Principal Due | $681.33 |
| Current Interest Due | $53.98 |
| Past Due Total | $678.80 |