In re:  Case No. 17-03131-RNO

Charles Henry Evans  Chapter 13

Jodie Ann Evans

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4    User: AutoDocke    Page 1 of 3
Date Rcvd: Jan 12, 2021    Form ID: 3180W    Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles Henry Evans, Jodie Ann Evans, 12 South Maple Street, Mount Carmel, PA 17851-2053 |
| 4954427 | + | APOTHAKER SCIAN PC, C/O CREDIT ONE BANK (CARD 1948), 520 FELLOWSHIP ROAD SUITE C306, PO BOX 5496, MT LAUREL NJ 08054-5496 |
| 4954422 | + | CAPITAL ONE (CARD 0059), PO BOX 30285, SALT LAKE CITY UT 84130-0285 |
| 4954421 | + | CAPITAL ONE (CARD 4477), PO BOX 30285, SALT LAKE CITY UT 84130-0285 |
| 4954429 | | ELAN FINANCIAL (CARD SERVICES), PO BOX 79048, ST LOUIS MO 63179 |
| 4954433 | + | FIRST PREMIER BANK (CARD 0749), PO BOX 5524, SIOUX FALLS SD 57117-5524 |
| 4954431 | + | FIRST PREMIER BANK (CARD 0885), PO BOX 5524, SIOUX FALLS SD 57117-5524 |
| 4954430 | + | FIRST PREMIER BANK (CARD 0996), PO BOX 5524, SIOUX FALLS SD 57117-5524 |
| 4954432 | + | FIRST PREMIER BANK (CARD 1602), PO BOX 5524, SIOUX FALLS SD 57117-5524 |
| 4954435 | + | PENN CREDIT, C/O GEISINGER MEDICAL CENTER, 916 SOUTH 14TH STREET, PO BOX 988, HARRISBURG PA 17108-0988 |
| 4954426 | + | PRESSLER AND PRESSLER LLP, C/O MIDLAND FUNDING CREDIT ONE BANK CARD, 7 ENTIN ROAD, PARSIPPANY NJ 07054-5020 |
| 4991737 | | U.S. Bank NA dba Elan National Financial Services, Bankruptcy Department, PO Box 108, St Louis, MO 63166-0108 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Jan 13 2021 00:13:00 | AmeriCredit Financial Services, Inc. A/C dba GM Fi, P O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: bankruptcy@bbandt.com | Jan 12 2021 19:13:00 | BB&T now Truist, P.O. Box 1847, 100-50-01-51, Wilson, NC 27894-1847 |
| 4954303 | | EDI: PHINAMERI.COM | Jan 13 2021 00:13:00 | Americredit Financial Services, Inc., A/C dba GM Financial, P O BOX 183853, Arlington, TX 76096 |
| 4986192 | | EDI: PHINAMERI.COM | Jan 13 2021 00:13:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P.O. Box 99605, Arlington, TX 76096-9605 |
| 4958940 | + | EDI: PHINAMERI.COM | Jan 13 2021 00:13:00 | AmeriCredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington,, TX 76096-3853 |
| 4954419 | + | EDI: TSYS2.COM | Jan 13 2021 00:13:00 | BARCLAY CARD (CARD SERVICES), PO BOX 13337, PHILADELPHIA PA 19101-3337 |
| 4954420 | | Email/Text: bankruptcy@bbandt.com | Jan 12 2021 19:13:00 | BB&T BANK, PO BOX 1847, WILSON NC 27894 |
| 4956449 | | Email/Text: bankruptcy@bbandt.com | Jan 12 2021 19:13:00 | BB&T Bankruptcy, PO Box 1847, Wilson NC 27894 |
| 4954437 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 12 2021 19:19:01 | CARSON SMITHFIELD, C/O MERRICK BANK, PO BOX 9216, OLD BETHPAGE NY 11804-9016 |
| 4954439 | + | Email/Text: bankruptcynotices@cbecompanies.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 12 2021 19:13:00 | CBE GROUP INC., C/O VERIZON, 1309 TECHNOLOGY PKWY, CEDAR FALLS IA 50613-6976 |
| 4989007 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 12 2021 19:18:49 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 4954436 | + | EDI: PHINAMERI.COM | Jan 13 2021 00:13:00 | GM FINANICAL, PO BOX 183853, ARLINGTON TX 76096-3853 |
| 4954425 | | EDI: JPMORGANCHASE | Jan 13 2021 00:13:00 | CHASE HOME LENDING, PO BOX 469030, GLENDALE CO 80246 |
| 4985794 | | EDI: JPMORGANCHASE | Jan 13 2021 00:13:00 | JPMorgan Chase Bank, NA, c/o Chase Records Center, ATTN: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 4954434 | + | EDI: LTDFINANCIAL.COM | Jan 13 2021 00:13:00 | LTD FINANCIAL SERVICE, C/O FIRST SAVINGS, 7322 SOUTHWEST FREEWAY SUITE 1600, HOUSTON TX 77074-2134 |
| 4988872 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2021 19:18:38 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4988873 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2021 19:19:02 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4954438 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 12 2021 19:18:49 | MERICK BANK, PO BOX 9216, OLD BETHPAGE NY 11804-9016 |
| 4988886 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 12 2021 19:19:01 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 4990180 | + | EDI: MID8.COM | Jan 13 2021 00:13:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 4971792 | | EDI: PRA.COM | Jan 13 2021 00:13:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4981625 | + | EDI: JEFFERSONCAP.COM | Jan 13 2021 00:13:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 4954424 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2021 19:18:38 | RESURGENT CAPITAL SERVICES, C/O CAPITAL ONE (CARD 7111), PO BOX 10587, GREENVILLE SC 29603-0587 |
| 4954423 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2021 19:18:38 | RESURGENT CAPITAL SERVICES, C/O CAPITAL ONE (CARD 0728), PO BOX 10587, GREENVILLE SC 29603-0587 |
| 4954428 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2021 19:19:01 | RESURGENT CAPITAL SERVICES, C/O CREDIT ONE BANK (CARD 1723), PO BOX 10587, GREENVILLE SC 29603-0587 |
| 4974844 | | EDI: AIS.COM | Jan 13 2021 00:13:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | AmeriCredit Financial Services, Inc. dba GM Financ, P.O. Box 99605, Arlington, TX 76096-9605 |
| cr | *P++ | BB AND T, PO BOX 1847, WILSON NC 27894-1847, address filed with court:, BB&T Bankruptcy, P O Box 1847, Wilson, NC 27894 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 14, 2021      Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Charles Henry Evans<br>First Name    Middle Name    Last Name | Social Security number or ITIN xxx–xx–6982<br>EIN __–_____ |
| Debtor 2<br>(Spouse, if filing) | Jodie Ann Evans<br>First Name    Middle Name    Last Name | Social Security number or ITIN xxx–xx–5476<br>EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 4:17–bk–03131–RNO | |

# Order of Discharge  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Charles Henry Evans                    Jodie Ann Evans

<u>1/12/21</u>                              **By the court:** <u>Robert N. Opel II</u>
                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                    **Chapter 13 Discharge**                              page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**